UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN L. JACKSON | CIVIL ACTION NO. 04-2047 |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| PENSION BENEFIT GUARANTY CORP. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after an independent review of the entire record, noting the absence of objections, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that plaintiff's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is GRANTED and plaintiff's case is DISMISSED WITH PREJUDICE.

SIGNED on this 23rd day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge